IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PNC BANK,                                    No. C 13-0988 CW

     Plaintiff,                            ORDER ADOPTING
                                             MAGISTRATE JUDGE'S
  v.                                         REPORT AND
                                             RECOMMENDATION RE
EDWARD J OSTRIA,                             REMAND

     Defendant.
_____/

    The Court has reviewed Magistrate Judge Corley's Report and
Recommendation Re Remand.  The Court finds the Report correct,
well-reasoned and thorough, and adopts it in every respect.
Accordingly,

    IT IS HEREBY ORDERED that this case is remanded to the Marin
County Superior Court.

Dated: 4/17/2013

                        CLAUDIA WILKEN
                    United States District Judge

cc:  MagRef; JSC

United States District Court
For the Northern District of California